UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVIUNTA WOODS,<br><br>　　　　　Defendant. | 2:12-cr-00187-KJD-PAL<br><br>**ORDER FOR RELEASE FROM CUSTODY WITH CONDITIONS OF SUPERVISION** |

Upon the motion of the defendant and there being good cause:

IT IS HEREBY ORDERED that the United States Marshals release Traviunta Woods from custody. IT IS FURTHER ORDERED THAT upon his release, Mr. Woods is subject to his previously imposed conditions of pretrial release with the following modifications:

　　　　1. Mr. Woods reside at the Las Vegas Community Corrections Center ("halfway house") rather than his personal residence.

　　　　2. Mr. Woods is subject to Electronic Monitoring (GPS).

　　　　3. Mr. Woods may leave the halfway house for work as well as medical and legal appointments, and for a reasonable period of time to wind down his affairs.

DATED this 9th day of December, 2013

_____
UNITED STATES DISTRICT JUDGE